UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,

Plaintiff,

v.                          6:10-cv-58

T. TODD and S.M. JACKSON,

Defendants.

## ORDER

Plaintiff Warren Skillern again moves to reopen case 6:10-cv-58 and consolidate it with another closed case, 6:10-cv-45. *See* Doc. 15. This case was dismissed for failure to respond to the Magistrate Judge's July 8, 2010 order. *See* Docs. 6, 12. That order required Skillern to file trust fund account statements and a form consenting to the collection of filing fees from his prison account by August 9, 2010. *See* Doc. 3. Skillern filed a consent form and a letter, that did not to address the order, after this deadline. *See* Docs. 4, 5.

Skillern's motion critiques the Court's resolution of his previous motion. *See* Doc 15. Thus, the Court construes it as a motion for reconsideration. "Reconsideration of a previous order is an extraordinary remedy to be employed sparingly." *Groover v. Michelin N. Am., Inc.*, 90 F. Supp. 2d 1236, 1256 (M.D. Ala. 2000). It is appropriate "only if the movant demonstrates that there has been an intervening change in the law, that new evidence has been discovered which was not previously available to the parties in the exercise of due diligence, or

that the court made a clear error of law." *McCoy v. Macon Water Auth.*, 966 F. Supp. 1209, 1222-23 (M.D. Ga. 1997).

Skillern's motion does not meet this standard. His motion to reconsider, *see* Doc. 15, is *DENIED.*

This 6th day of June 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA